UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLASP,<br><br>                Plaintiff,<br><br>       v.<br><br>ASIF HASSAN,<br><br>                Defendants. | Civil Action No. 25-1197 (BAH)<br><br>Judge Beryl A. Howell |

## ORDER

Upon consideration of plaintiff CLASP's Motion for Partial Judgment on the Pleadings, ECF No. 9; Motion to Dismiss Counterclaim, ECF No. 11 Counterclaim; and Motion to Dismiss Amended Counterclaim, ECF No. 18, the memoranda in support and in opposition, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that plaintiff's Motion for Partial Judgment on the Pleadings, ECF No. 9, is **DENIED**; it is further

**ORDERED** that plaintiff's Motion to Dismiss Counterclaim, ECF No. 11, is **DENIED AS MOOT**; it is further

**ORDERED** that plaintiff's Motion to Dismiss Amended Counterclaim, ECF No. 16, is **DENIED**; it is further

**ORDERED** that the parties file a Joint Meet and Confer Report by November 17, 2025.  *See* Standing Order ¶ 4(a), (c), ECF No. 4.

**SO ORDERED**.

Date:  November 3, 2025

_____
**BERYL A. HOWELL**
United States District Judge